UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA PATRICE THOMAS GIBSON,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 1:19-cv-00563-JDP<br><br>ORDER AND STIPULATION TO REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision and instruct the ALJ to reevaluate the evidence of record, including, but not limited to, all medical-source opinion evidence concerning physical and mental impairments, and explain the weight given to the opinion evidence. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

-1-

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: November 20, 2019        McGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

BY: */s/ Patrick Snyder*
PATRICK SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

Dated: November 20, 2019

BY: */s/ Young Cho*
YOUNG CHO (as authorized by Email on 11.20.19)
Attorneys for Plaintiff

ORDER

Good cause appearing and pursuant to stipulation, this case is voluntarily remanded. The Clerk is directed to enter judgment in favor of plaintiff, and against defendant, reversing the final decision of the Commissioner and closing this case.

IT IS SO ORDERED.

Dated:   November 21, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 204.